Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. C12-1167RSL |
| v. | ) DEFAULT JUDGMENT OF |
| $4,380.00, more or less, in U.S. CURRENCY, | ) FORFEITURE |
| Defendant. | ) |

Plaintiff, United States of America, filed its Verified Complaint for Forfeiture <u>in rem</u> on July 6, 2012, pursuant to Title 21, United States Code, Section 881(a)(6), for forfeiture of the defendant $4,300.00, more or less, in U.S. Currency, (hereinafter referred to as "the defendant currency"), as property that constitutes proceeds of a Conspiracy to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

On July 6, 2012, the United States filed a Notice of Complaint for Forfeiture <u>In Rem</u> in which all interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within thirty-five (35) days after the date of service of the complaint and to serve their Answers to the Complaint within twenty-one (21) days after filing a claim.

For at least thirty (30) consecutive days, beginning with July 8, 2012, the United States published notice of the arrest of the defendant currency on

DEFAULT JUDGMENT OF FORFEITURE
U.S. v. $4,380.00, more or less, in U.S. CURRENCY, Case No. C12-1167RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

www.forfeiture.gov.  All interested persons were advised to file their claims pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure with the Clerk of the Court within sixty (60) days after the first date of publication and to serve their answers to the complaint within twenty-one (21) days after the filing of a claim.

Pursuant to Rule G(4)(b)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, on August 7, 2012, notice via certified mail (article number 7010 2780 0000 0484 6344), return receipt requested, was effected upon Guillermo Gonzalez-Ramirez c/o Attorney Walter Palmer at 1111 Third Ave., Suite 2220, Seattle, Washington.  Mr. Gonzalez-Ramirez was served, through counsel, with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint In Rem, and Warrant of Arrest In Rem.

Pursuant to Rule G(4)(b)(iii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, on October 19, 2012, personal service was effected upon Uriel Gonzalez at his personal residence.  Mr. Gonzalez was served with copies of the Verified Complaint for Forfeiture In Rem, Notice of Complaint In Rem, and Warrant of Arrest In Rem.

No claim of interest has been received or filed with the Court from Guillermo Gonzalez-Ramirez, Uriel Gonzalez or from any other person or entity, and the time allowed for filing of such a claim has expired.

On January 14, 2013, upon Application of the United States, pursuant to Rule 55(a) of Federal Civil Procedure, the Clerk of the Court entered an Order of Default against Guillermo Gonzalez-Ramirez, Uriel Gonzalez, and any other person or entity who failed to plead, answer or otherwise submit a claim as to the above captioned defendant currency.

Now, therefore on motion by the Plaintiff, United States of America, for a Default Judgment for Forfeiture, it is hereby

//

//

DEFAULT JUDGMENT OF FORFEITURE
U.S. v. $4,380.00, more or less, in U.S. CURRENCY, Case No. C12-1167RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  ORDERED, ADJUDGED and DECREED as follows:

2  1. This Court has jurisdiction over this action pursuant to Title 28,
3  United States Code, Sections 1345 and 1355.
4  2. Pursuant to Title 21, United States Code, Section 881(a)(6), the defendant
5  $4,380.00, more or less, in U.S. Currency is forfeited to the United States of
6  America, and no right, title, or interest in the defendant currency shall exist
7  in any other party.
8  3. The United States Marshals Service shall dispose of the above-described
9  defendant currency in accordance with law.
10 DATED this 27th day of March, 2013.

*[signature: M S Lasnik]*

Robert S. Lasnik
United States District Judge

DEFAULT JUDGMENT OF FORFEITURE
U.S. v. $4,380.00, more or less, in U.S. CURRENCY, Case No. C12-1167RSL - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970